IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NOEL RAY SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**B. ROBERTS, et al.,**<br><br>Defendants. | 16-cv-04764-WHO<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE DISPOSITIVE MOTION**<br><br>Judge: The Honorable William H. Orrick<br>Trial Date: n/a<br>Action Filed: August 18, 2016 |

For good cause appearing, Defendants' request for an extension of time to file a reply to Plaintiff's opposition to their dispositive motion is granted. The current deadline of May 11, 2017, is vacated. Defendants shall file a reply to Plaintiff's opposition to their dispositive motion on or before May 25, 2017.

IT IS SO ORDERED.

Dated: May 12, 2017

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

1

Order Grant'g Defs.' Mot. Extension Time File Reply Opp'n Dispositive Mot. (16-cv-04764-WHO)