1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RAY SMITH,<br>    Plaintiff,<br>    v.<br>BARBARA ROBERTS, et al.,<br>    Defendants. | Case No. 16-cv-04764-WHO (PR)<br><br>**JUDGMENT** |

Defendants' motion for summary judgment having been granted, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

**Dated:** September 25, 2017

_____
WILLIAM H. ORRICK
United States District Judge